Affirmed and Memorandum Opinion filed August 24, 2006








Affirmed
and Memorandum Opinion filed August 24, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00759-CR

____________

 

CHRISTOPHER TERRELL DAVIS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 232nd District
Court

 Harris County, Texas

Trial Court Cause No.
937,527

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a plea of guilty to possession of a controlled substance on April 21,
2003.  In accordance with the terms of a plea bargain agreement with the State,
the trial court deferred an adjudication of guilt, placed appellant on
community supervision for three years, assessed a fine of $750, and ordered
appellant to perform 200 hours of community service.  Subsequently, the State
filed a motion to adjudicate guilt.  Appellant entered a plea of  Atrue@ to one of the State=s allegations.  The trial court
adjudicated guilt and sentenced appellant to confinement for eight months in
State Jail Division, Texas Department of Criminal Justice.  Appellant filed a
notice of appeal.








Appellant=s appointed counsel filed a brief in
which he concludes the appeal is wholly frivolous and without merit. The brief
meets the requirement of Anders v. California, 386 U.S. 738, 87 S.Ct.
1396 (1967), presenting a professional evaluation of the record demonstrating
why there are no arguable grounds to be advanced.  See High v. State,
573 S.W.2d 807 (Tex. Crim. App. 1978).

More
than three months ago, a copy of counsel=s brief, together with a copy of the
entire appellate record, was delivered to appellant at his last known address. 
Appellant was advised of the right to examine the appellate record and file a
pro se response.  See Stafford v. State, 813 S.W.2d 503, 510 (Tex. (Tex.
Crim. App.1991).  As of this date, no pro se response has been filed.

We have
carefully reviewed the record and counsel=s brief and agree the appeal is
wholly frivolous and without merit.  See Bledsoe v. State, 178 S.W.3d
824 (Tex. Crim. App. 2005).  Further, we find no reversible error in the
record.  A discussion of the brief would add nothing to the jurisprudence of
the state.

Accordingly,
the judgment of the trial court is affirmed.

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed August
24, 2006.

Panel consists of Justices Fowler, Edelman and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b).